# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Francisco Dominguez<br>*Defendant* | )<br>)<br>)  Case No. 1084 2:20CR01591-002RB<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Francisco Dominguez

Also Known As: Fierro, Francisco

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Failure to attend court ordered treatment.

Date: 09/08/2022

*Issuing Officer's signature*

City and state:  Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____ at ( city and state ) _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*